UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALDEN PARK, LLC, a Delaware limited
liability company, and NORTHERN GROUP,
INC., a Delaware corporation,

        Plaintiffs/Counter-Defendants,

v.

ANGLO IRISH BANK CORPORATION
PLC, a public limited company organized
under the laws of the Republic of Ireland,

        Defendant/Counter-Plaintiff.

Case No. 2:08-cv-12116
Hon. Lawrence P. Zatkoff
Magistrate Judge Michael J. Hluchaniuk

## STIPULATED ORDER CONCERNING RECEIVERSHIP

This comes before the Court upon the stipulation of Anglo Irish Bank Corporation Limited (the "Bank") and non-parties Kitchen Suppliers Incorporated ("KSI") and Anthony Painting Inc. ("API"); KSI and API have filed motions with this Court seeking entry of an order granting relief from the stay imposed by the Court's April 2, 2009 Order Appointing a Receiver; the Bank agrees with KSI and API that, upon entry of a final judgment in this matter, the stay should be lifted with respect to KSI and API's lien claims pending in two separate, but related, state court actions concerning Alden Park Apartments; now therefore,

IT IS HEREBY ORDERED THAT, seven days after the entry of a final judgment in this matter, the stay imposed by the Court's April 2, 2009 Order Appointing a Receiver shall be lifted, without further act or deed, as to the claims asserted in the cases captioned generally *Anthony Painting, Inc. v. Alden Park, LLC, et al.*, Case No. 08-121936-CK (Macdonald) and *Leo Weiss Plumbing v. Alden Park, LLC, et al.*, Case No. 08-017625-CH (Colombo).

IT IS HEREBY FURTHER ORDERED THAT the remainder of the April 2, 2009 Order Appointing a Receiver shall remain in full force and effect pending further Order of the Court.

IT IS HEREBY FURTHER ORDERED THAT this stipulation resolves the motions filed by KSI and API and those motions shall be deemed withdrawn or denied as moot.

IT IS SO ORDERED.

S/Lawrence P. Zatkoff

UNITED STATES DISTRICT JUDGE

Dated:  December 9, 2009

We stipulate to the entry of this order:

| BUTZEL LONG, A PROFESSIONAL CORPORATION | JACKIER GOULD, P.C. |
|---|---|
| By: s/Steven M. Ribiat<br>    Steven M. Ribiat (P45161)<br>Stoneridge West<br>41000 Woodward Avenue<br>Bloomfield Hills, Michigan  48304<br>(248) 593-7801<br>ribiat@butzel.com<br>Attorneys for Defendant/Counter-Plaintiff | By: s/Eric A. Bean (w/ permission)<br>    Eric A. Bean (P48676)<br>121 West Long Lake Road, Suite 200<br>Bloomfield Hills, Michigan  48304<br>(248) 642-0500<br>ebean@jackiergould.com<br>Attorneys for Court-Appointed Receiver |
| SGROI LAW FIRM PLC | CHARFOOS & CHRISTENSEN, P.C. |
| By: s/Roy C. Sgroi (w/ permission)<br>    Roy C. Sgroi (P28168)<br>12845 Farmington Road, Suite 1<br>Livonia, Michigan  48150<br>(734) 421-9200<br>rcs@sgroilaw.com<br>Attorneys for Kitchen Suppliers Incorporated | By: s/J. Douglas Peters (w/ permission)<br>    J. Douglas Peters (P25686)<br>5510 Woodward Avenue<br>Detroit, Michigan  48202<br>(313) 875-8080<br>jdpeters@c2law.com<br>Attorneys for Anthony Painting Inc. |