UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ALDEN PARK, LLC, a Delaware limited
liability company, and NORTHERN GROUP,

        Plaintiffs/Counter-Defendants

                                      Case No. 08-12116

v.                               Hon. Lawrence P. Zatkoff
                                      Magistrate Judge Michael J. Hluchaniuk


ANGLO IRISH BANK CORPORATION
LIMITED, a corporation organized under the
laws of the Republic of Ireland,

        Defendant/Counter-Plaintiff

_____/


ORDER MODIFYING ORDER APPOINTING RECEIVER
FOR THE LIMITED PURPOSE OF PERMITTING  THE BRICKLAYERS' FRINGE
BENEFIT FUNDS TO RECORD ASSIGNMENT OF CLAIM OF LIEN AND
ALLOWING THE BRICKLAYERS' FRINGE BENEFIT FUNDS TO BE ADDED AS A
<u>PARTY DEFENDANT TO WAYNE COUNTY CIRCUIT COURT PROCEEDING</u>

        THIS MATTER is before the Court upon the stipulation of the parties [Docket No.

71].  The Court has reviewed the stipulation, finds good cause for entry of this Order, and is

otherwise fully advised in the premises.

NOW THEREFORE,

        IT IS HEREBY ORDERED as follows:

        1.      The Order Appointing Receiver is hereby modified for the limited purpose of

permitting the Bricklayers' Fringe Benefit Funds[1] to record the Assignment of Claim for

_____

[1] The Bricklayers' Fringe Benefit Funds are comprised of the Bricklayers' Pension Trust Fund – Metropolitan
Area, the Bricklayers' & Trowel Trades' International Pension Fund, the Bricklayers & Trowel Trades'
International Retirement Savings Plan, the Bricklayers' Holiday Trust Fund – Metropolitan Area, Trowel
Trades' Health and Welfare Fund – Detroit & Vicinity, the Bricklayers' International Masonry Institute, the

Construction Lien Pursuant to MCLA 570.1125, *et seq.,* by Heineman & Lovett Co., Inc. and  in Favor of Bricklayer' Fringe Benefit Funds – Detroit and Vicinity (the "Assignment of Lien") with the Wayne County Register of Deeds.

2.      The Order Appointing Receiver is hereby modified to allow the Bricklayers' Fringe Benefit Funds to seek entry of an order from the Wayne County Circuit Court allowing them to be added as lien claimant defendants in the action entitled *Leo Weiss Plumbing and Heating, Inc. v. Alden Park, LLC, et al.,* Wayne County Circuit Court Case No. 08-017625-CH (the "Leo Weiss Action").

3.      The above referenced actions are permitted for the sole purpose of allowing the Bricklayers' Fringe Benefit Funds to maintain the existence of the Claim of Lien and toll the statute of limitations with regard to the same.  The Leo Weiss Action and any further action of the Bricklayers' Fringe Benefit Funds with regard to the Claim of Lien are otherwise stayed by the Receivership Order until further order of the Court.

4.      Except as provided herein, the Order Appointing Receiver shall otherwise remain in full force and effect.

DATED:  January 28, 2010          s/Lawrence P. Zatkoff
                                  UNITED STATES DISTRICT COURT JUDGE

---

Detroit Metropolitan Masonry Joint Apprenticeship and Training Committee, and the Labor-Management Cooperation Committee.