UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALDEN PARK, LLC, a Delaware limited liability company, and NORTHERN GROUP, INC., a Delaware corporation,

        Plaintiffs/Counter-Defendants,

v.

ANGLO IRISH BANK CORPORATION LIMITED, a corporation organized under the laws of the Republic of Ireland,

        Defendant/Counter-Plaintiff.

Case No. 2:08-cv-12116
Hon. Lawrence P. Zatkoff

## FINAL JUDGMENT

At a session of said Court, held in the City of Port Huron,
State of Michigan, February 17, 2010

Present:  Hon. Lawrence P. Zatkoff
U.S. District Court Judge

This comes before the Court upon Defendant/Counter-Plaintiff Anglo Irish Bank Corporation Limited's ("Anglo Irish Bank") Motion for Entry of Final Judgment, the Court having granted Anglo Irish Bank's Motion for Summary Judgment on September 23, 2009, and Anglo Irish Bank having submitted its interest, late fees, costs, and attorney's fees pursuant to that Order; the Court having entered an Order Appointing Receiver on April 2, 2009, regarding the Property at issue; and the Court having fully considered the parties' arguments; now therefore:

IT IS HEREBY ORDERED AND ADJUDGED that, for the reasons stated by the Court in its September 23, 2009, Order:

1. Final Judgment is granted to Anglo Irish Bank with respect to all counts of its Counterclaim, in the amount of **$16,684,179.86**, inclusive of all principal, accrued interest, default interest, late charges, attorneys' fees and costs;

2. Final Judgment is granted to Anglo Irish Bank with respect to all counts of Plaintiff/Counter-Defendant's Complaint, which is DISMISSED WITH PREJUDICE;

3. Final Judgment is granted to Anglo Irish Bank against Plaintiff/Counter-Defendant Alden Park, LLC for the entire amount of the judgment, $16,684,179.86;

4. Final Judgment is granted to Anglo Irish Bank against Plaintiff/Counter-Defendant and Guarantor Northern Group, Inc., jointly and severally with Alden Park, LLC, in the amount of **$7,934,089.94**;

5. The Court shall retain limited jurisdiction in order to ensure that the Court's April 2, 2009 Order Appointing Receiver shall continue in full force and effect until the earlier of the following:

    a. The Judgment has been satisfied in full by Plaintiffs/Counter-Defendants;

    b. Ownership of the Property is transferred, via sale, deed in lieu of foreclosure, or foreclosure, to Anglo Irish Bank;

    c. Entry of a similar Order Appointing Receiver by a court of competent jurisdiction in a foreclosure matter; or

    d. The expiration of two years from the date of the entry of this Final Judgment.

IT IS SO ORDERED AND ADJUDGED.

s/Lawrence P. Zatkoff<br>
Lawrence P. Zatkoff<br>
U.S. District Court Judge

Dated:  February 17, 2010