Case No. 10-1364

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

ALDEN PARK, LLC, a Delaware limited liability
company; NORTHERN GROUP, INC., a
Delaware corporation,

      Plaintiffs - Appellants
      Counter - Defendants

v.

ANGLO IRISH BANK CORPORATION, PLC, a corporation
organized under the laws of the Republic of Ireland,

      Defendant - Appellee
      Counter - Plaintiff.

   Appellant having previously been advised that failure to comply with this Court's 7/30/10 order by obtaining new counsel would result in dismissal of the case for want of prosecution,

   And, and it appearing that the appellant has in fact failed to comply with the above-noted order,

   It is therefore **ORDERED** that this cause be, and it hereby is, **DISMISSED** for want of prosecution.

                        **ENTERED PURSUANT TO RULE 45(a),**
                        **RULES OF THE SIXTH CIRCUIT**
                        Leonard Green, Clerk

Issued: September 15, 2010

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 15, 2010

Alex Dembitzer
Northern Group, Inc.
c/o Steven R. Schlesinger
Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, NY 11530

Re: Case No. 10-1364 , *Alden Park, LLC, et al v. Anglo Irish Bank Corporation,*
Originating Case No. : 08-12116

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Bryant L. Crutcher
Case Manager
Direct Dial No. 513-564-7013
Fax No. 513-564-7096

cc: Ms. Danielle J. Hessell
    Mr. Steven M. Ribiat
    Mr. David J. Weaver

Enclosure

No mandate to issue